IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| LEWIS ARMSTRONG | ) | CHAPTER: | 13 |
| CHRISTY ARMSTRONG | ) | CASE NO.: | 15-07085 |
| SSN: XXX-XX-6624/1979 | ) | JUDGE: | HARRISON |
| 2609 RAVINE DRIVE | ) | | |
| NASHVILLE, TN 37217 | ) | | |

  Debtors.

**ORDER GRANTING DEBTORSs EXPEDITED MOTION TO UTILIZE INSURANCE PROCEEDS AND TO REQUIRE LIENHOLDER TO RELEASE LIEN ON TITLE OF DESTROYED VEHICLE TO ALLOW DISPOSITION OF SALVAGE**

  THIS CAUSE CAME TO BE HEARD on the 14th day of June, 2017, upon the Expedited Motion to Utilize Insurance Proceeds and to Require Lienholder to Release Lien on Title of Destroyed Vehicle to Allow Disposition of Salvage filed by the Debtors. At the call of the docket the Court found that there was no objection to said motion and that the motion is well taken and shall be GRANTED as follows:

  1. The Debtors shall be authorized to use insurance proceeds in the amount of $2,570.91 issued as a result of an automobile accident by MetLife in order to pay off the remaining secured claim with Portfolio Recovery Associates and use the remaining proceeds to purchase a replacement vehicle free and clear of liens.

  2. Portfolio Recovery Associates shall be required to release its lien on the title to the 2002 Pontiac Grand Am and to remit same to Metlife in order to allow disposition of the salvage value in the destroyed vehicle.

  3. Metlife shall accept this Order as a promise of title and issue a payment to the Chapter 13 Trustee in the amount of $499.58 to be earmarked for the secured claim of Portfolio Recovery Associates.

4. Metlife shall issue the remaining proceeds made payable to the Debtors only in the amount of $2,071.33 for the Debtors to use to purchase a replacement vehicle. Should a check be issued made payable to the Debtors and the lienholder, the lienholder, Portfolio Recovery Associates, shall be required to endorse and return the check in a timely manner as to avoid a delay in the Debtors finding a replacement vehicle and impacting the Debtors' ability to travel to and from work to continue funding their Chapter 13 Plan as confirmed.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Mary Beth Ausbrooks*
MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com